

BRIAN D. KENT, ESQ.
M.STEWART RYAN, ESQ.
ALEXANDRIA MACMASTER, ESQ.
ALEXNADRA A. STULPIN, ESQ.
Phone: 215-399-9255
Email: cvsrteam@laffeybuccikent.com
*We are a paperless office, reply to listed email*
*REPLY TO PHILADELPHIA OFFICE*

March 28, 2024

**TO:**
Hon. Mia Roberts Perez
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

     **RE: Alcira Burgdoerfer v. Michael Oeser, et al.**
       **No: 2:22-cv-04919 (JDW)**

Dear Judge Perez,

  As you are aware, this firm represents the Plaintiff in the above referenced matter. I am writing today on behalf of all the parties requesting that you refer this matter to Magistrate Judge Pamela A. Carlos. I understand my office has been in contact with chambers and that in order to have this matter referred to Judge Carlos for a settlement conference that we must first direct correspondence to Your Honor requesting same. Should Your Honor require anything further from the parties please so advise. Thank you in advance for your kind consideration of our request.

        Very Truly Yours,

        **LAFFEY, BUCCI, & KENT, LLP**

        _____
        M. STEWART RYAN, ESQUIRE
        *Attorneys for Plaintiff*

MSR/kd