

M.STEWART RYAN, ESQ.
ALEXANDRIA MACMASTER, ESQ.
ALEXANDRA A. STULPIN, ESQ.
Phone: 215-399-9255
Email: cvsrteam@laffeybuccikent.com
We are a paperless office, reply to listed email
REPLY TO PHILADELPHIA OFFICE

June 10, 2024

**Via e-Courts**
Hon. Mia Roberts Perez
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      **RE:**    Alcira Burgdoerferv. Michael Oeser, et al.
                No: 2:22-cv-04919

Dear Judge Perez,

    This firm represents Plaintiff in the above-captioned matter. Please be advised that Plaintiff's Motion to Compel privileged material Doc No. 64, which was filed on May 24, 2024, has been resolved. As such, I respectfully request that this motion be withdrawn.

    Thank you for your attention in this matter. Please contact my office if you have any questions.

                                        Very Truly Yours,

                                        **LAFFEY BUCCI D'ANDREA REICH & RYAN**

                                        _____
                                        M. Stewart Ryan, Esquire

MSR/dn

Cc: All Counsel via ECF.