

M.STEWART RYAN, ESQ.
ALEXANDRIA MACMASTER, ESQ.
*Phone: 215-399-9255*
*Email:* cvsrteam@laffeybuccikent.com
*We are a paperless office, reply to listed email*
*REPLY TO PHILADELPHIA OFFICE*

September 30, 2024

Hon. Mia Roberts Perez
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

        **RE:**    Alcira Burgdoerfer v. Michael Oeser, et al.
                    **No: 2:22-cv-04919**

Dear Judge Perez,

    As you are aware, this firm represents the Plaintiff in the above referenced matter. Please be advised that all parties have reached a settlement in principle. While all parties have reached settlement terms in principle, only Plaintiff and Defendants Michael Oeser, The Million Dollar Roundtable, and Marriott International, Inc. have reduced these terms to a mutually agreeable release.

    At this time, we are requesting a dismissal pursuant to Local Rule 41.1(b) **only** as to Defendants Michael Oeser, The Million Dollar Roundtable, and Marriott International, Inc. I understand that under the terms of Local Rule 41.1(b) that the Court will retain jurisdiction over this matter for a period of ninety (90) days.

    I am hopeful that the terms of settlement between Plaintiff and Defendant Prudential will be reduced to a mutually agreeable release in advance of the Pre-Trial Conference scheduled for Wednesday, October 3, 2024, and I will keep the Court advised of same.

    Should Your Honor require anything further from the parties please advise. Thank you in advance for your time and consideration.

Very Truly Yours,

**LAFFEY, BUCCI, D'ANDREA,
REICH & RYAN**

_____
M. STEWART RYAN, ESQUIRE
*Attorney for Plaintiff*

MSR/dn