

M.STEWART RYAN, ESQ.
ALEXANDRIA MACMASTER, ESQ.
*Phone:* 215-399-9255
*Email:* cvsrteam@laffeybuccikent.com
*We are a paperless office, reply to listed email*
REPLY TO PHILADELPHIA OFFICE

October 1, 2024

Hon. Mia Roberts Perez
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

          **RE:**    Alcira Burgdoerfer v. Michael Oeser, et al.
                  No: 2:22-cv-04919

Dear Judge Perez,

    As you are aware, this firm represents the Plaintiff in the above referenced matter. Please be advised that all parties have reached a settlement in principle and reduced the terms to mutually agreeable releases.

    At this time, we are requesting a dismissal pursuant to Local Rule 41.1(b) as to all Defendants in this matter. I understand that under the terms of Local Rule 41.1(b) that the Court will retain jurisdiction over this matter for a period of ninety (90) days.

    Should Your Honor require anything further from the parties please advise. I understand that the filing of this letter will operate to cancel the Final Pre Trial Conference scheduled for tomorrow, October 2, 2024. If this is incorrect please advise. Thank you in advance for your time and consideration.

                                                       Very Truly Yours,

                                                       **LAFFEY, BUCCI, D'ANDREA,
REICH & RYAN**

                                                       _____
                                                       M. STEWART RYAN, ESQUIRE
                                                       *Attorney for Plaintiff*

MSR/amt